IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACY KING, CHANCE MICKIEL, JACKLIN MICKIEL, ROBERT MICKIEL, STEVEN MICKIEL, NICHOLAS MICKIEL, STACY M. MICKIEL <br><br> Plaintiffs, <br><br> v. <br><br> WASIM M. SAID, Star # 10192, ERIC R. RUHNKE, Star #13698, TODD E. WITULSKI, Star # 15592, STEPHEN E. BOYD, Star #12598, DAVID A. BROWN, Star 15887, KEVYN L. LOTT, Star #11296, JAMES D. FRANKLIN, Star #15170, MARION D. ANDERSON, Star # 16133, ELVIN H. BOONE, Star #1964, ERIKA A. RODRIGUEZ, Star # 11057, CHARLES J. BARANGO, Star # 15937, STEVEN A. GIMENEZ, Star #17998, KENNETH G. JOHNSON, Star #14, and The City of Chicago. <br><br> Defendants. | Case No.: 08 C 7174 <br><br> JUDGE ST. EVE <br><br> MAGISTRATE JUDGE NOLAN |

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF
DEFENDANTS' OFFER OF JUDGMENT**

NOW COME the Plaintiffs, TRACY KING, CHANCE MICKIEL, JACKLIN MICKIEL, ROBERT MICKIEL, STEVEN MICKIEL, NICHOLAS MICKIEL and STACY M. MICKIEL (collectively referred to herein as the "Plaintiffs") by and through their attorneys, ED FOX & ASSOCIATES, and hereby accept the Defendants' Offer of Judgment sent on March 26, 2010 attached hereto as Exhibit A.

Respectfully submitted,

s/Jonathan R. Ksiazek
Jonathan R. Ksiazek
ED FOX & ASSOCIATES
300 W. Adams Street
Suite 330
Chicago, IL 60606
(312) 345-8877
jksiazek@efox-law.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACY KING, CHANCE MICKIEL, JACKLIN MICKIEL, ROBERT MICKIEL, STEVEN MICKIEL, NICHOLAS MICKIEL, STACY M. MICKIEL<br>     Plaintiffs,<br><br>v.<br><br>WASIM M. SAID, Star # 10192, ERIC R. RUHNKE, Star #13698, TODD E. WITULSKI, Star # 15592, STEPHEN E. BOYD, Star #12598, DAVID A. BROWN, Star 15887, KEVYN L. LOTT, Star #11296, JAMES D. FRANKLIN, Star #15170, MARION D. ANDERSON, Star # 16133, ELVIN H. BOONE, Star #1964, ERIKA A. RODRIGUEZ, Star # 11057, CHARLES J. BARANGO, Star # 15937, STEVEN A. GIMENEZ, Star #17998, KENNETH G. JOHNSON, Star #14, and The City of Chicago.<br><br>     Defendants. | Case No.: 08 C 7174<br><br>JUDGE ST. EVE<br><br>MAGISTRATE JUDGE NOLAN |

## NOTICE OF FILING

To: Gail Reich
   Assistant Corporation Counsel
   30 North LaSalle Street, Room 900
   Chicago, IL 60602

  PLEASE TAKE NOTICE that on April 13, 2010, the undersigned filed with the Clerk of this Court, **PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**, service of which is being made upon you.

                   s/Jonathan R. Ksiazek
                   Jonathan R. Ksiazek
                   ED FOX & ASSOCIATES
                   300 West Adams, Suite 330
                   Chicago, IL 60606
                   (312) 345-8877

# **PROOF OF SERVICE**

      I, Jonathan R. Ksiazek, an attorney, under penalty of perjury, and state that on April 13, 2010, service is being made in accordance with the General Order on Electronic Case Filing section XI.

                                                  s/Jonathan R. Ksiazek  
                                                    Jonathan R. Ksiazek

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACY KING, CHANCE MICKIEL, JACKLIN MICKIEL, ROBERT MICKIEL, STEVEN MICKIEL, NICHOLAS MICKIEL, STACY M. MICKIEL, <br><br>Plaintiffs, <br><br>v. <br><br>WASIM M. SAID, Star #10192, ERIC R. RUHNKE, Star #13698, TODD E. WITLULSKI, Star #15592, STEPHANIE E. BOYD, Star #12598, DAVID A. BROWN, Star 15887, KEVYN L. LOTT, Star #11296, JAMES D. FRANKLIN, Star #15170, MARION D. ANDERSON, Star #16133, ELVIN H. BOONE, Star #1964, ERICKA A. RODRIGUEZ, Star # 11057, CHARLES J. BARANGO, Star # 15937, STEVEN A. GIMENEZ, Star #17998, KENNETH G. JOHNSON, Star #14, and The City of Chicago, <br><br>Defendants. | Case No. 08 C 7174 <br><br><br><br>JUDGE ST. EVE <br><br><br>Magistrate Judge Nolan |

## OFFER OF JUDGMENT

Defendants, the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, and Wasim Said, Erik Ruhnke, Todd Witulski, Stephen Boyd, David Brown, Kevyn Lott, James Franklin, Marion Anderson, Elvin Boone, Erika Rodriguez, Charles Barango, Steven Gimenez, and Kenneth Johnson, by their attorney, Gail L. Reich, Assistant Corporation Counsel of the City of Chicago, make the following offer of judgment to Plaintiffs Tracy King, Chance Mickiel, Jacklin Mickiel, Robert Mickiel, Steven Mickiel, Nicholas Mickiel, and Stacy King (a/k/a Stacy Mickiel) pursuant to Fed. R. Civ. P. 68.

1. Defendants City of Chicago, Wasim Said, Erik Ruhnke, Todd Witluski, Stephen Boyd, David Brown, Kevyn Lott, James Franklin, Marion Anderson, Elvin Boone, Erika Rodriguez, Charles Barango, Steven Gimenez, and Kenneth Johnson offer to allow judgment to be taken against them collectively and in favor of:

A. Plaintiff Tracy King, in the amount of SIX THOUSAND AND THREE AND NO/100 ($6003.00) DOLLARS; and

B. Plaintiff Chance Mickiel, in the amount of SIX THOUSAND AND THREE AND NO/100 ($6003.00) DOLLARS; and

C. Plaintiff Jacklin Mickiel, in the amount of TWO THOUSAND FIVE HUNDRED AND THREE AND NO/100 ($2503.00) DOLLARS; and

D. Plaintiff Robert Mickiel, in the amount of SIX THOUSAND AND THREE AND NO/100 ($6003.00) DOLLARS;

E. Plaintiff Steven Mickiel, in the amount of SIX THOUSAND AND THREE AND NO/100 ($6003.00) DOLLARS; and

F. Plaintiff Nicholas Mickiel, in the amount of SIX THOUSAND AND THREE AND NO/100 ($6003.00) DOLLARS; and

G. Plaintiff Stacy King (a/k/a Stacy Mickiel), in the amount of TWO THOUSAND FIVE HUNDRED AND THREE AND NO/100 ($2503.00) DOLLARS.

This offer of judgment is inclusive of all reasonable attorney's fees and costs accrued as of the date of this offer (March 26, 2010).

2. This offer of judgment is inclusive of all claims Plaintiffs have or may have against Defendants Wasim Said, Erik Ruhnke, Todd Witulski, Stephen Boyd, David Brown, Kevyn Lott, James Franklin, Marion Anderson, Elvin Boone, Erika Rodriguez, Charles Barango,

Steven Gimenez, and Kenneth Johnson, the City of Chicago, and any other current or former employees or agents of the City of Chicago, arising from the incident or injuries alleged in Plaintiffs' complaint or any amendment thereof. Nothing in this offer of judgment shall be construed as an admission of liability by any defendant.

3. This offer of judgment is conditioned upon each plaintiff accepting the offer of judgment as to each defendant. Acceptance of this offer of judgment by fewer than all plaintiffs and against fewer than all defendants shall be deemed a rejection of this offer.

4. Pursuant to Fed. R. Civ. P. 68, an offer not accepted within ten (10) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

DATED this 26th day of March, 2010.

_____
GAIL REICH
Assistant Corporation Counsel
Attorney for Defendants
30 North LaSalle Street
Room 900
Chicago, Illinois 60602
(312) 744-1975

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **OFFER OF JUDGMENT** to be faxed and hand delivered to the following person(s) at the address(es) shown below on this 26th day of March, 2010.

Ed Fox
Jonathan Ksiazek
Ed Fox & Associates
300 W. Adams, Suite 330
Chicago, IL 60606

Gail L. Reich